AO 91 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

| | |
|---|---|
| USA | CRIMINAL COMPLAINT |
| vs. | CASE NUMBER: EP:25-M -03358(1) - LE |
| (1) MANUEL MORALES-LOPEZ | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 11, 2025** in **El Paso** County, in the **WESTERN DISTRICT OF TEXAS** DEFENDANT did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.

in violation of Title **8** United States Code, Section(s) **1326**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and "

Continued on the attached sheet and made a part hereof:   [X] Yes   [ ] No
Sworn to before me,

/S/ PYATT, JASON
Signature of Complainant
Border Patrol Agent

June 13, 2025                                         at   EL PASO, Texas
Date                                                       City and State

LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE            Signature of Judge
**OATH TELEPHONICALLY SWORN AT 1:06 P.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) MANUEL MORALES-LOPEZ

FACTS   (CONTINUED)

557.

The DEFENDANT, Manuel MORALES-Lopez, an alien to the United States and a citizen of Mexico was found approximately 9 miles west of the Tornillo Port of Entry in Tornillo, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on May 30, 2025  through  El Paso, Texas.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


IMMIGRATION HISTORY:
The DEFENDANT has been granted 2 voluntary returns, the last on October 25, 2004, through NACO, AZ
The DEFENDANT has been removed 1 time, the last one being to MEXICO on May 30, 2025, through EL PASO, TX

CRIMINAL HISTORY:
05/28/2025, El Paso, Texas, 18 USC 1325(M), CNV, Time Served.
05/28/2025, El Paso, Texas, 50 USC 797(M), CNV, Time Served.
05/28/2025, El Paso, Texas, 18 USC 1382(M), CNV, Time Served.